AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Akwasi Fofie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-8229-GHW |
| 1100 Concourse Tenants Corp., Anker Management | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Akwasi Fofie, Plaintiff

Date:  11/08/2017

*Attorney's signature*

Beth J. Schlossman, Esq.  Bar #1717685
*Printed name and bar number*

26 Court Street, Suite 2506, Brooklyn,
New York 11242
*Address*

schlossmanlaw@aol.com
*E-mail address*

(718) 522-5000
*Telephone number*

(718) 522-5082
*FAX number*